**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**


IN RE:  THE MATTER OF          )
                                       )
                                       )     Case No: 12-27026
Slawomir Kubacka,               )     Chapter 7
          Debtor.          )     Honorable Judge Timothy A. Barnes


**AMENDED ORDER ON MOTION TO REOPEN THE CASE**

THIS CAUSE, coming to be heard on Debtor's Motion to Reopen the Case.

     IT IS HEREBY ORDERED THAT:


1. The Debtor is granted leave to reopen the case.

2. The Debtor is granted to file reaffirmation agreement on mortgage loan with Chase Bank.




                    ENTER:_____,

                    Dated:_____, 2022


Order prepared by:
Chepov & Scott, LLC
1700 W. Higgins Rd. Suite 430
Des Plaines, IL 60018
Atty. Code 31021
E-mail: service@cs-attorneys.com